IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TROY A. HARDEN, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden DANNY THOMPSON, | : | NO. 5:12-CV-393 (MTT) |
| Respondent | : | **O R D E R** |

Petitioner **TROY A. HARDEN** filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. He now moves for voluntary dismissal of this action (Doc. 9).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a petitioner may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondent has not yet served an answer or a motion for summary judgment. Accordingly, Petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT